**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Hannah T. Spencer | ) | |
| Debtor(s). | ) | Case No.17-28535 |
| | ) | Honorable Judge Jack B. Schmetterer |

**NOTICE OF MOTION**

To: David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com via electronic notification;

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic notification;

Patrick S Layng, 219 S Dearborn St, Room 873, Chicago, IL 60604, via electronic notification;

Hannah T. Spencer Debtor, 1525 Lake Cook Rd.,, Apt. #348, Deerfield, IL 60015 via US Mail.

     Please take notice that on October 23, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, at Courtroom 682, 219 South Dearborn, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be presiding in said Judge's place, and shall present to the Court the attached motion at which time you may appear if you so choose.

                                                                      */s/ Jennifer Rinn*

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Electronic Court Notification or by depositing the same postage prepaid, in the U.S. Mail on October 07, 2019.

      Respectfully submitted,
Rinn Richman Law

*/s/  Jennifer Rinn*
Jennifer Rinn

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Hannah T. Spencer | ) | |
| Debtor(s). | ) | Case No.17-28535 |
| | ) | |
| | ) | Honorable Judge Jack B. Schmetterer |

**MOTION FOR RELIEF FROM STAY**

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, and as for its Motion for Relief from Stay, states as follows:

1. Capital One Auto Finance, a division of Capital One, N.A. is a creditor of the Debtor and is seeking relief pursuant to 11 U.S.C. § 362.

2. On October 02, 2014, Debtor Hannah T. Spencer executed a Motor Vehicle Retail Installment Sales Contract for an interest in one, 2013 SUBARU Legacy-4 Cyl. Sedan 4D i Premium AWD, VIN 4S3BMCC66D3018537 ("Contract"). A true and correct copy of the Contract is attached hereto as Exhibit "A".

3. Capital One Auto Finance, a division of Capital One, N.A. has a properly perfected interest in the Collateral, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "B".

4. On September 25, 2017, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code.

5. As of October 02, 2019, the total debt owed to Capital One Auto Finance, a division of Capital One, N.A. was $4,473.09. Movant alleges the value of said motor vehicle is approximately $8,850.00 pursuant to a N.A.D.A. Valuation attached hereto as Exhibit "C".

6. Debtor is in default in the post-petition amount of $1,130.72. There is no pre-petition arrearage. The last payment was received on August 03, 2019. A copy of the payment history is attached as Exhibit "D".

7. This motor vehicle is not necessary for the Debtor's effective reorganization.

8. Capital One Auto Finance, a division of Capital One, N.A.'s collateral is a rapidly depreciating asset.

9. Movant's collateral is rapidly depreciating, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 400l(a)(3).

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. prays this Honorable Court for the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362 so as to allow Capital One Auto Finance, a division of Capital One, N.A. to take possession of one 2013 SUBARU Legacy-4 Cyl. Sedan 4D i Premium AWD, VIN 4S3BMCC66D3018537, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws and to find that Federal Rule 400l(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and thus Capital One Auto Finance, a division of Capital One, N.A. may immediately enforce and implement the Order Modifying the Automatic Stay and for such other and further relief as the Court may deem just and proper.

       Respectfully submitted,

       */s/  Jennifer Rinn*

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com