Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Hannah T. Spencer_____  Case No. ___17-28535___ Chapter __13__

All Cases: Moving Creditor _Capital One Auto Finance, a division of Capital One, N_ Date Case Filed _September 25, 2017_

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _November 15, 2017_

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model _2013 SUBARU Legacy-4 Cyl. Sedan 4D i Premium AWD_
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $ _____9,868.93_____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____8,850.00_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _0.000_    Amount $ _____0.00_____

   b. ☑ Post-Petition Default
      i.  ☑ On direct payments to the moving creditor
          Number of months _4.000_    Amount $ _____1,130.72_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i.   ☑ No insurance
      ii.  ☐ Taxes unpaid        Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____October 07, 2019_____          _____/s/ Jennifer Rinn_____
                                                              Counsel for Movant

(Rev. 12 /21/09)